**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIEL GREGOIRE, et al.,**

      **Plaintiffs,**

**-vs-**                                                                                          Case No. 6:03-cv-251-Orl-31KRS

**LUCENT TECHNOLOGIES, INC. and**
**AGERE SYSTEMS,**

      **Defendants.**
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement (Doc. No. 210), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. Any pending motions are **DENIED** as moot. The pretrial conference scheduled for Friday, November 18, 2005 is cancelled and this case is removed from the December 5, 2005 trial docket. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 17, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE